**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 1 6 2009

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | |
| OF THE UNITED STATES OF AMERICA | ) | |
| FOR AN ORDER AUTHORIZING | ) | MISC. NO.    09-603 |
| A PEN REGISTER, AND TRAP AND | ) | |
| TRACE DEVICE ON CELLULAR | ) | UNDER SEAL |
| TELEPHONE NUMBER 202-520-9231 | ) | |

## ORDER

This matter having come before the Court pursuant to the Government's Application under

Title 18 U.S.C. Section 3122, by Arvind Lal, an attorney for the government, which Application

requests an Order under Title 18 U.S.C. Section 3123, authorizing the installation and use of a pen

register and trap and trace, and caller identification device on 202-520-9231 (hereinafter "subject

cellular telephone number")  the Court makes the following findings:

### FINDINGS

**Findings Pursuant to Title 18 U.S.C. Section 3123**

1.    The Court finds that the Applicant has certified to the Court that the applicant is an

"attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure.

2.    The numbers dialed or pulsed to and from the subject cellular telephone subscribed

to by Jonathan Smith, 4217 4th Street, S.E., Washington, D.C., 20023, are relevant to an ongoing

criminal investigation of possible violations of 21 United States Code Sections 841 and 846.

1

## ORDER

**IT IS ORDERED**, pursuant to Title 18 U.S.C. Section 3123, that agents of the Drug Enforcement Administration (FBI) (hereinafter "Agency') may install and use (1) a pen register to record numbers dialed to or pulsed from the subject cellular telephone number, to record the date and time of such dialings or pulsings, including direct connect communications; and (2) a trap and trace device on the subject cellular telephone number to capture the incoming electronic and other impulses reasonably likely to identify the source of a wire or electronic communication and the date and time of such incoming pulses; and (3) a caller identification device, for a period of sixty (60) days; and

**IT IS FURTHER ORDERED,** pursuant to Title 18 U.S.C. Section 3123(b)(2), that Sprint Virgin Mobile (hereinafter "Service Provider" shall furnish to the Agency forthwith all information, facilities and technical assistance necessary to accomplish the installation of the devices unobtrusively and with minimum interference with the services that are accorded persons whose dialings and pulsings are the subject of the pen register, the trap and trace device; and

**IT IS FURTHER ORDERED**, that this Order shall apply not only to the subject cellular telephone numbers, but also to any telephone number(s) subsequently assigned to any instrument bearing the same, changed or additional Serial Number as the subject telephone number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject cellular telephone number within the 60 day period authorized by this Order.

**IT IS FURTHER ORDERED,** that this Order shall apply to the Service Provider, and to any other service provider which contracts or otherwise agrees to provide cellular telephone service to a telephone bearing the same telephone number and/or with Serial Number during the 60 day period contemplated by the Order in this matter.

**IT IS FURTHER ORDERED**, that the Service Provider, or any other service provider to whom this Order applies, shall be compensated by the Agency for reasonable expenses incurred in providing technical assistance; and

**IT IS FURTHER ORDERED**, that this Order and the Application shall be sealed until otherwise ordered by the Court and that the Service Provider, its agents, employees and affiliates, shall not disclose the existence of the pen register, trap and trace device, and caller identification device, or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

**SO ORDERED** this _13__ day of _November___, 2009.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

3